# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO GALBAN <br><br> PLAINTIFF(S) <br><br> v. <br><br> THE CITY OF FONTANA , et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 5:19–cv–02474–AB–SHK <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

__12/20/2019__        ____        ____

Date Filed        Doc. No.    Title of Doc.

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

It appears a guardian ad litem is named in this case but no Petition seeking such appointment has been filed. A Petition for the Appointment of a Guardian Ad Litem must be filed when the appointment of a guardian ad litem is required by Fed. R. Civ. P. 17(c)(2). See Local Rule 171. Counsel must file a Petition for the Appointment of a Guardian Ad Litem immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 837. 17

Clerk, U.S. District Court

Dated: December 23, 2019          By: /s/ *Edwin Sambrano  edwin_sambrano@cacd.uscourts.gov*
                                                                                Deputy Clerk