Robert E. Barnes, Esq., SBN: 235919
BARNES LAW
601 South Figueroa Street, Suite 4050
Los Angeles, California 90017
Telephone: (310) 510-6211
Facsimile: (310) 510-6225
E-mail: robertbarnes@barneslawllp.com

Attorneys for Plaintiffs SOCORRO GALBAN and on behalf of her minor child, B.S.G.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO GALBAN, for herself and on behalf of her minor child, B.S.G. <br> Plaintiffs, <br> v. <br> THE CITY OF FONTANA POLICE DEPARTMENT and DOES 1–50, inclusive, <br> Defendants. | Case No.: 5:19-cv-02474-AB-SHK <br><br> **PETITION FOR GUARDIAN AD LITEM AND ORDER** |

PETITIONER B.S.G. by and through her mother Socorro Galban respectfully presents:

1. Petitioner is a minor.

2. Petitioner is the daughter of Socorro Galban. Socorro Galban has custody of petitioner.

3. The minor has a cause of action against the above-named defendant on which a suit should be brought in this court. The cause of action arises under the provisions of 42 U.S. Code § 1983.

4. The petitioner has no guardian of her estate.

5. Socorro Galban is willing to serve as guardian ad litem of the petitioner and is fully competent to understand and protect the rights of the minor and to have no interest adverse to that of the minor.

6. Petitioner has contracted with Robert E. Barnes, Attorney at Law, with an office located at 601 South Figueroa Street, Suite 4050 Los Angeles, California to prosecute the cause of action for the minor.

7. WHEREFORE, petitioner prays that Socorro Galban or some other proper person can be appointed as guardian ad litem for B.S.G. to prosecute the above-described cause of action on behalf of B.S.G.

DATED: January 3rd, 2020

Respectfully submitted,
BARNES LAW

*[signature]*

_____
By: Robert E. Barnes, Esq.

## VERIFICATION

I, Socorro Galban, am the mother of the petitioner in the above-entitled proceeding. I have read the foregoing petition and know the contents thereof. Said petition is true of my own knowledge, except as to those matters which are presented on an information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: January 3, 2020                                                    */s/ Socorro Galban*

                                                                          Socorro Galban

## CONSENT OF APPOINTMENT

I hereby consent to act as guardian ad litem for the minor B.S.G.

                                                                          */s/ Socorro Galban*

                                                                          Socorro Galban

## ORDER APPOINTING GUARDIAN AD LITEM

The court having considered the petition of B.S.G for the appointment of Socorro Galban as guardian ad litem for B.S.G. who is a minor and good cause appearing therefore.

IT IS HEREBY ORDERED that Socorro Galban be, and she is, hereby appointed as guardian ad litem for B.S.G., a plaintiff in the above-entitled action, and she is authorized to institute and prosecute the action mentioned in the petition.

DATE:_____

                                                                          SHASHI H. KEWALRAMANI
                                                                          United States Magistrate Judge