S. Frank Harrell (SBN 133437)
sharrell@lynberg.com
Tamara M. Heathcote (SBN 193312)
theathcote@lynberg.com
Jonathan C. Bond (SBN 280266)
jbond@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendants THE CITY OF FONTANA, FONTANA POLICE CHIEF WILLIAM GREEN, JUSTIN LAING, CHRIS TUSANT, JOSHUA PATTY, DOMENICO ANCONA, JOHN COLLOPY, and MARK WYRICK

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOCORRO GALBAN, for herself and on behalf of her minor child, B.S.G., <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF FONTANA, et al., <br><br> Defendants. | Case No. 5:19-CV-02474-MCS-SHK <br><br> *Assigned for All Purposes to:* <br> *Hon. Mark C. Scarsi* <br> *Los Angeles – Courtroom 7C – 7th Floor* <br><br> **JOINT STIPULATION RE: DISMISSAL OF DEFENDANT CHIEF GREEN WITH PREJUDICE** <br><br> *Filed Concurrently with Proposed Order* <br><br> Trial Date:            October 5, 2021 <br> Complaint Filed:    February 14, 2020 <br> Fourth Amended Complaint: Jan 27, 2021 |

1
**JOINT STIPULATION RE: DISMISSAL OF DEFENDANT CHIEF GREEN WITH PREJUDICE**

## JOINT STIPULATION RE: DISMISSAL OF DEFENDANT CHIEF WILLIAM GREEN

Plaintiff SOCORRO GALBAN, for herself and on behalf of her minor child, B.S.G. ("**Plaintiffs**"), on the one hand, and Defendants The City Of Fontana, Fontana Police Chief William Green, Justin Laing, Chris Tusant, Joshua Patty, Domenico Ancona, John Collopy, and Mark Wyrick ("**Defendants**," and collectively Plaintiffs and Defendants are the "**Parties**"), on the other hand, by and through their respective counsel, do agree as follows and submit for the Court's consideration the following Stipulation:

## RECITALS

1. On February 14, 2020 Plaintiff filed this action naming as Defendants the City of Fontana, Police Chief William Green, and Officer Justin Laing, and DOES 1-10, inclusive.  (ECF Dkt 1.)

2. On October 13, 2020, Plaintiffs filed a Third Amended Complaint ("**TAC**"), naming as Defendants The City Of Fontana, Fontana Police Chief William Green, Justin Laing, Chris Tusant, Joshua Patty, Domenico Ancona, John Collopy, and Mark Wyrick.  (ECF Dkt 70.)

3. On January 26, 2021 Plaintiffs filed their Fourth Amended Complaint ("**4AC**"), which dropped some of the claims of the TAC, but asserted claims against the same named Defendants as Plaintiffs' TAC.

4. Defendants contended that, with respect to Defendant Police Chief William Green, Plaintiffs' 4AC did not set forth or identify what claims, if any, Defendant Police Chief William Green was claimed to be liable on.  Based on same, Defendants sought dismissal of Plaintiffs 4AC due to, in part, the 4AC's failure to state a claim against Defendant City of Fontana and/or Police Chief William Green.  Plaintiffs deny any such failure/shortcoming in the 4AC.

5. Nonetheless, following additional meet and confer efforts, Plaintiffs have agreed to dismiss Defendant Police Chief William Green from this proceeding, with

prejudice.

6. Defendants, and each of them, on the one hand, and Plaintiffs, on the other hand, agree that they each will bear their own costs, including attorney's fees, if any, incurred in connection with Plaintiffs' claims and Defendants' defenses concerning Defendant Police Chief William Green, only.

**IT IS HEREBY STIPULATED** by and between the Parties:

1. Defendant Police Chief William Green is to be dismissed from this proceeding, with prejudice, upon the Court's approval of this Stipulation.

2. Defendants, and each of them, on the one hand, and Plaintiffs, and each of them, on the other hand, shall bear their own costs, including attorney's fees, if any, incurred in connection with Plaintiffs' claims and Defendants' defenses concerning Defendant Police Chief William Green.

**IT IS SO STIPULATED.**

DATED: April 5, 2021          **LYNBERG & WATKINS**

By: /s/ Jonathan C. Bond
**S. FRANK HARRELL**
**TAMARA M. HEATHCOTE**
**JONATHAN C. BOND**
Attorneys for Defendants
THE CITY OF FONTANA, FONTANA POLICE CHIEF WILLIAM GREEN, JUSTIN LAING, CHRIS TUSANT, JOSHUA PATTY, DOMENICO ANCONA, JOHN COLLOPY, and MARK WYRICK

DATED: April 5, 2021          **BARNES LAW**

By: /s/ Robert E. Barnes
**ROBERT E. BARNES**
Attorneys for Plaintiffs
SOCORRO GALBAN, for herself and on behalf of her minor child, B.S.G.

4841-7330-1220, v. 2